## VERIFICATION

STATE OF INDIANA

) SS:

COUNTY OF MARION )

    I DARYL JONES, state that I am authorized as Plaintiff herein, and in the premises, have read the foregoing Complaint and I believe the allegations to be true to the best of my knowledge and belief.

_____
DARYL JONES

Sworn to before me and subscribed in my presence this __07__ day of July, 2025.

_____
Notary Public

Name: _____
Notary Public - State of Indiana
County of Residence: Marion
Commission Number: NP0769407
My Commission Expires: 06/19/28