**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA**

**DARYL JONES,**   Case No. 1:25-cv-01351-JPH-MJD

      **Plaintiff,**

   **-vs-**

**INDIANAPOLIS METROPOLITAN
POLICE DEPARTMENT, (IMPD) et al.,**

      **Defendants.**

---

**ORDER GRANTING DISMISSAL OF STATE STATUTORY CLAIMS OF PLAINTIFF DARYL JONES**

---

For good cause shown, State Statutory Claims of Plaintiff Daryl Jones are hereby dismissed, with prejudice.

   IT IS SO ORDERED,

 

                                            _____
                                            Magistrate Judge Mark J. Dinsmore